IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00647-RPM

SANDRA A. WILLIAMS,

    Plaintiff,

v.

NORTH AMERICAN LIMOUSIN FOUNDATION,

    Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulated Motion to Dismiss with Prejudice filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated: November 13th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge